UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRIC GROUP, LLC, <br> d/b/a Keefe Supply Company, <br><br> Plaintiff, <br><br> vs. <br><br> ST4M CORPORATION, <br><br> Defendant, <br><br> and <br><br> SOJITZ CORPORATION OF AMERICA, <br> f/k/a Nisso Iwai American Corporation, <br><br> Defendant/Third Party Plaintiff, <br><br> vs. <br><br> MOKOH & ASSOCIATES, INC., <br> a/k/a Mokah Corporation, <br><br> Third Party Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 4:05CV00522 AGF |

## ORDER

In light of the third party complaint filed by Defendant/Third Party Plaintiff Sojitz Corporation of America, the Rule 16 Conference scheduled for March 3, 2006 shall be **cancelled**, and shall be reset following service on the Third Party Defendant.

_/s/ Audrey G. Fleissig_
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 14th day of February, 2006.