UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
APR 1 9 2006
U. S. DISTRICT COURT
E. DISTRICT OF MO.

| | |
|---|---|
| CENTRIC GROUP LLC, D/B/A KEEFE SUPPLY COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Cause No: 4:05-CV-522 ) ) |
| SOJITZ CORPORATION OF AMERICA, INC., F/K/A NISSO IWAI AMERICAN CORPORATION, et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Upon the motion by plaintiff Centric Group LLC, d/b/a Keefe Supply Company, review of the court file and for good cause shown, plaintiff's Motion to Dismiss Voluntarily is hereby **GRANTED**. Accordingly:

(a) each and every claim and cause of action asserted herein by plaintiff against the remaining defendants, Sojitz Corporation of America and ST4M Corporation, are hereby dismissed **with prejudice**;

(b) plaintiff is terminated as a party to this action; and

(c) each party shall bear their own costs and attorney's fees with respect to the dismissed claims.

**IT IS SO ORDERED THIS** *19th* **DAY OF** *April*, **2006.**

_____
Hon. Audrey G. Fleissig