UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRIC GROUP, LLC, <br> d/b/a Keefe Supply Company, <br><br> Plaintiff, <br><br> vs. <br><br> ST4M CORPORATION, <br><br> Defendant, <br><br> and <br><br> SOJITZ CORPORATION OF AMERICA, <br> f/k/a Nisso Iwai American Corporation, <br><br> Defendant/Third-Party Plaintiff, <br><br> vs. <br><br> MOKOH & ASSOCIATES, INC., <br> a/k/a Mokah Corporation, <br><br> Third-Party Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 4:05CV00522 AGF |

**ORDER**

By Order dated April 19, 2006, this Court granted Plaintiff's motion to dismiss all of Plaintiff's claims with prejudice. Still pending before the Court is the third-party claim of Defendant/Third-Party Plaintiff Sojitz Corporation of America, Inc. ("Sojitz"), against Third-Party Defendant Mokoh & Associates, Inc. ("Mokoh"). The Court notes that the file does not reflect any service on Third-Party Defendant Mokoh.

Accordingly,

**IT IS HEREBY ORDERED** that that on or before **May 19, 2006**, Defendant/Third-Party Plaintiff Sojitz shall file a notice advising the Court of the status of its efforts to serve Third-Party Defendant Mokoh and of its intention to continue to pursue its third-party complaint.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 19th day of April, 2006.